ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| | | |
|---|---|---|
| JOSÉ PADILLA MERCADO, YARIZEL PADILLA MORALES, <br><br> Peticionaria, <br><br> v. <br><br> DR. ARIEL EDUARDO BERMÚDEZ VERA, por sí y en representación de la sociedad legal de gananciales compuesta con JANE DOE BERMÚDEZ; DR. JORGE CORTÉS RUIZ, por sí y en representación de la sociedad legal de gananciales compuesta con JANE DOE CORTÉS; HOSPITAL HERMANOS MELÉNDEZ; FULANO DE TAL, por sí y en representación de la sociedad legal de gananciales compuesta por ellos; COMPAÑÍA DE SEGUROS X, Y, Z, <br><br> Recurrida. | KLCE202400760 | *CERTIORARI* procedente de Tribunal de Primera Instancia, Sala Superior de Bayamón. <br><br> Civil núm.: BY2018CV01211. <br><br> Sobre: daños y perjuicios; impericia médica. |

Panel integrado por su presidente, el juez Bermúdez Torres, la jueza Romero García y el juez Monge Gómez.

Romero García, jueza ponente.

RESOLUCIÓN

En San Juan, Puerto Rico, a 11 de julio de 2024.

El 10 de julio de 2024, la parte peticionaria del título presentó este recurso, con el fin de que este Tribunal decretase la paralización de los procedimientos ante el foro primario[1] y revocase la *Resolución* emitida por el Tribunal de Primera Instancia, Sala Superior de Bayamón, el 25 de junio de 2024, notificada al día siguiente. En ella, el tribunal declaró sin lugar la solicitud de la peticionaria para que se le autorizara, en esta etapa de los procedimientos, sustituir su perito médico por otro no especificado.

---

[1] La demanda en el caso fue instada el **8 de julio de 2018**. Transcurridos 6 años, el juicio en su fondo está pautado para comenzar el **lunes, 15 de julio de 2024**. Por lo tanto, conjuntamente a su recurso, la parte peticionaria presentó una solicitud en auxilio de jurisdicción, la cual declaramos **sin lugar**.

Número identificador

RES2024_____

Conforme surge de la *Moción urgente informativa sobre asunto pericial* presentada por la parte peticionaria el 23 de junio de 2024[2], esta informa que su perito desde el comienzo del pleito, el Dr. Álex Andújar Alejandro, ya no reside en Puerto Rico, sino en el estado de la Florida; que el médico ha desarrollado varias condiciones de salud; que su hermano médico labora para el codemandado y recurrido Hospital Hermanos Meléndez[3]; y, que la madre del perito sufrió un percance de salud y fue atendida en el Hospital Hermanos Meléndez. En fin, la parte peticionaria informó que su perito médico no estaría disponible para el juicio, ni siquiera por videoconferencia[4].

El Hospital recurrido presentó su oposición a las pretensiones de la peticionaria el 25 de junio de 2024[5].

El 25 de junio de 2024, el foro primario denegó la solicitud de la peticionaria[6] y dispuso, en su parte pertinente, como sigue:

> Las razones planteadas para la alegada no disponibilidad del perito no nos convencen y no existe el conflicto de intereses aludido. No es razonable la solicitud de la parte demandante en torno a la suspensión del juicio y sustitución de su perito, a semanas del juicio, tratándose de un caso del año 2018, en el cual las partes han realizado un amplio descubrimiento de prueba y han incurrido en gastos del litigio considerables. La sustitución del perito de la parte demandante, en esta etapa procesal tan avanzada, implicaría una reapertura del descubrimiento de prueba, lo cual es inconsistente con la buena marcha de los procesos judiciales. Se puntualiza que el juicio comenzará el 15 de julio de 2024, según señalado desde hace meses.

---

[2] *Véase*, apéndice del recurso, a la pág. 6-7. Debemos apuntar que, el **1 de julio de 2024**, la peticionaria presentó una moción a la que adjuntó una declaración jurada del Dr. Andújar, suscrita también el 1 de julio de 2024. En ella, el Dr. Andújar da cuenta de las condiciones de las que padece y que, evidentemente, son preexistentes a este caso, aunque puedan haberse agudizado recientemente. El médico no menciona nada sobre el hecho de que su hermano funja como médico en el Hospital Hermanos Meléndez. Sí da cuenta de la situación de salud de su madre, que conllevó su hospitalización en Hermanos Meléndez allá para el **28 de marzo de 2024**. *Íd.*, a la pág. 24-26; la declaración jurada no fue enumerada. Subrayamos, además, que el foro primario, a solicitud de la parte recurrida, dio por no presentada la moción que adjuntó la declaración jurada. *Íd.*, a la pág. 30. A pesar de ello, la parte peticionaria la adjuntó al apéndice de este recurso.

[3] *Véase*, nota al calce núm. 2, *ante*.

[4] La parte peticionaria indicó textualmente: "Tampoco bregaría con videoconferencia ya que no nos tendría [refiriéndose al médico] a nosotros para antes, durante y después de su testimonio en Corte." *Íd.*, a la pág. 7, alegación núm. 5.

[5] *Íd.*, a la pág. 20-23.

[6] *Íd.*, entre la pág. 5 a la 6, pues la copia de la resolución no fue enumerada.

Inconforme, la parte peticionaria presentó este recurso el 10 de julio de 2024.

Evaluado el recurso y su apéndice, y prescindiendo de la comparecencia de la parte recurrida[7], este Tribunal concluye que no se justifica nuestra intervención en este asunto. Además, en este caso no concurren los criterios establecidos en la Regla 40 del Reglamento de este Tribunal para expedir el auto de *certiorari*.

En su consecuencia, **denegamos** la expedición del recurso de *certiorari.*

**Notifíquese inmediatamente**.

Lo acordó el Tribunal y lo certifica la secretaria del Tribunal de Apelaciones.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[7] Ello, conforme a la Regla 7(b)(5) del Reglamento de este Tribunal de Apelaciones, que nos permite "prescindir de términos no jurisdiccionales, escritos, notificaciones o procedimientos específicos en cualquier caso ante [nuestra] consideración, con el propósito de lograr su más justo y eficiente despacho […]". 4 LPRA Ap. XXII-B, R. 7(b)(5).